# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD BRADDY, | |
| Plaintiff, | No. 3:16-CV-198 |
| v. | (JUDGE CAPUTO) |
| MICHAEL SCIARILLO, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants | |

## ORDER

**NOW** this 18th day of May 2016, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice** to renewal of this case when Braddy's criminal case concludes, provided Braddy achieves a favorable termination of that case.

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge